IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02945-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 23, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                         Amanda Adams Rocque

      Plaintiff,

v.

GRYNBERG PETROLEUM CO.,                           Phillip Dean Barber
                                                                                        Terry Jo Epstein

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     9:26 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the defendant's (opposed) MOTION to Amend/Correct/Modify File an Amended Answer (Docket No. 13, filed on 4/19/2012). Mr. Barber and Ms. Rocque present oral arguments to court regarding this motion. After discussion, counsel for the plaintiff is no longer in opposition to this motion.

**ORDERED:**  The court **GRANTS** the defendant's (opposed) MOTION to Amend/Correct/Modify File an Amended Answer (Docket No. 13, filed on 4/19/2012).

Discussion regarding setting discovery deadlines, possibly resolving this case by dispositive motion, staying all discovery until a ruling on the dispositive motion has been made, depositions to be taken, and the plaintiff possibly moving for a partial judgment on motion for summary judgment (on the legal question(s) only).

**ORDERED:**  The government shall file their motion requesting partial judgment on summary judgment **no later than May 9, 2012**; the defendant shall respond to this motion **no later than June 11, 2012**; the government shall file its reply **no later than June 25, 2012**. The court will stay all discovery pending ruling on the government's motion.

> The parties shall put together a conference call and then contact Magistrate Judge Shaffer's chambers (303.844.2117) within 72 hours of a ruling on this motion (if it is denied) to address further settings in this case.

Discussion regarding the defendants possibly filing a cross-motion. In the event that a cross-motion is filed, the parties shall adhere to the same deadlines set forth above.

HEARING CONCLUDED.

**Court in recess:**      **9:43 a.m.**
Total time in court:     00:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.