IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02945-WYD-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GRYNBERG PETROLEUM CO.,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

    THIS MATTER is before the Court on the parties' Joint Stipulation Of Dismissal Of Case [ECF No. 36], filed on March 1, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Joint Stipulation Of Dismissal Of Case [ECF No. 36], filed on March 1, 2013, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

    DATED:  March 4, 2013.

                  BY THE COURT:

                  /s/ Wiley Y. Daniel
                  Wiley Y. Daniel
                  Senior U.S. District Judge